UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
Iouri Kapoustine

    Debtor

_____/

Chapter 13  
Case No. 17-10515  
Honorable Joan N. Feeney

### ORDER RE: MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362 AND §1301

Wells Fargo Bank, N.A., by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 52 Troy Lane, Newton, MA 02468, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Wells Fargo Bank, N.A. for Relief From Stay is allowed and Wells Fargo Bank, N.A. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) and §1301(c) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Middlesex County Registry of Deeds at Book 42652, on Page 353 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _____ this _____ day of _____, 2017.

*/s/ Joan N. Feeney*  
01/18/2018  
_____  
Honorable Joan N. Feeney  
U.S. BANKRUPTCY JUDGE